UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:23-cv-00854

AIDAN J. WEIR,

    Plaintiff,

vs.

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    Defendant.
_____/

## MEDIATOR'S REPORT

The above captioned case was mediated by Zoom on August 23, 2024. Plaintiff appeared along with his attorney Jerome Ramsaran. Sarah Brandeberry and Kim Britt appeared for Defendant Wright along with its attorney Joel Morgan. Lisa Ronela appeared for Defendant Integon along with its attorney Andrew Tharp.

Mediation resulted in a SETTLEMENT AS TO ALL ISSUES.

    /s/ Eric S. Kleinman
**Eric S. Kleinman**
K&A Mediation
Florida Bar No. 964158
Mediator No. 17650RA
*Florida Supreme Court Certified Circuit Court & Appellate Mediator*
*U.S.D.C., Southern/Middle District of Florida Certified Mediator*

2525 Ponce De Leon Boulevard, #300
Coral Gables, Florida 33134
Telephone: (305) 377-2728
Email: eric@kamediation.com
www.kamediation.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was eserved to the following this 23RD day of August, 2024:

All Counsel of Record

    /s/ Eric S. Kleinman